# United States District Court
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 8/29/2012
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America )
v. )
Antoine Lavar Dixon )
) Case No: 7:01-CR-19-BO-3
) USM No: 19620-056

Date of Original Judgment: December 10, 2001 )
Date of Previous Amended Judgment: April 30, 2009 ) Thomas P. McNamara
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 180 months **is reduced to** 151 months

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated December 10, 2001 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 8-29-12

*Judge's Signature*

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011