# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Antoine Lavar Dixon            Docket No. 7:01-CR-19-3BO

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antoine Lavar Dixon, who, upon an earlier plea of guilty to Count One: Conspiracy to Distribute at Least 50 Grams of Cocaine Base (Crack) and Less Than 500 Grams of Cocaine, and Count Two: Distribution of at Least 50 Grams of Cocaine Base (Crack) and Less Than 500 Grams of Cocaine and Aiding and Abetting, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on December 10, 2001, to the custody of the Bureau of Prisons for a term of 235 months. On April 30, 2009, the defendant's term of imprisonment was reduced from 235 months to 180 months. On August 29, 2012, the defendant's term of imprisonment was reduced from 180 months to 151 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in such vocational training program as may be directed by the probation office.

4. The defendant shall pay a $200.00 special assessment and a $11, 750.00 fine.

Antoine Lavar Dixon was released from custody on March 8, 2013, at which time the term of supervised release commenced in the Eastern District of New York.

On January 9, 2014, a Violation Report was submitted to the court, advising the court of marijuana use by the defendant as detected by random drug screens on October 8, and November 26, 2013, in addition to delinquent payments towards his financial obligation. The defendant was referred to intensive outpatient substance abuse treatment, in addition to vocational counseling, and the court agreed to continue supervision with no further action being taken at that time.

Antoine Lavar Dixon
Docket No. 7:01-CR-19-3BO
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 29, 2014, the defendant submitted a urine specimen to the probation office which tested positive for alcohol. On February 11, 2014, the defendant submitted a urine specimen to his treatment provider that tested positive for marijuana. As a result of his alcohol use while in treatment, as well as his marijuana use, the defendant's time in treatment has been extended for an additional 90 days. As a sanction for his noncompliance, it is recommended the defendant reside at a Residential Re-Entry Center (RRC) for a period of 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. For a period of 60 days, the defendant shall reside in a Residential Re-Entry Center (RRC) approved by the Probation Department. While in the RRC, the defendant shall adhere to all rules and conditions established by the RRC, including payment of subsistence costs.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: March 20, 2014

**ORDER OF COURT**

Considered and ordered this ___ day of March_____, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge